

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

A&E PARTNERS HOLDING, LLC and A&E
PARTNERS HOLDING I, LLC,

                Plaintiffs,

-against-

IAC/INTERACTIVE CORP. f/k/a USA
INTERACTIVE,

                Defendants
------------------------------------X



08 Civ. _____



DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel certifies that defendant IAC/InterActiveCorp has no parent entities, and that the following publicly owned entities own ten percent or more of IAC's stock: Liberty Media Corp.

Dated: May 20, 2008

Respectfully Submitted,

GIBSON, DUNN & CRUTCHER LLP

By: _____
Janet M. Weiss (JW-5460)
Jennifer H. Reardon (JR-2552)
David J. Kerstein (DK-7017)
Kenneth J. Figueroa (KF-6646)
Gabriel Herrmann (GH-2436)

200 Park Avenue, 47th Floor
New York, New York 10166
Tel.: (212) 351-4000
Fax: (212) 351-4035

*Attorneys for Defendant*
*IAC/InterActiveCorp.*

100449657_1 (2).DOC

JUDGE KOELTL