UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
A&E PARTNERS HOLDING, LLC and A&E
PARTNERS HOLDING I, LLC,

      Plaintiffs,      08 Civ. 4734 (JGK)

 -against-

                **NOTICE OF MOTION**

IAC/INTERACTIVE CORP. f/k/a USA
INTERACTIVE,

      Defendant
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

  PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law In Support of Defendant IAC/InterActiveCorp's Motion To Refer Action To Bankruptcy Court, the accompanying declaration of Janet M. Weiss, and exhibits thereto, and upon all the pleadings and proceedings had herein, defendant IAC/InterActiveCorp will move this Court at the United States Courthouse located at 500 Pearl Street, New York, New York for an order pursuant to 28 U.S.C. § 157 and the July 10, 1984 standing order of reference to bankruptcy judges signed by then-Acting Chief judge Robert J. Ward, referring the above-referenced action to the United

States Bankruptcy Court for the Southern District of New York and granting such order and further relief as this Court may deem just and proper.

Dated: New York, New York
       May 20, 2008

BY: _____
     Janet Weiss (JW-5460)
     Jennifer H. Reardon (JR-2552)
     David J. Kerstein (DK-7017)
     Kenneth J. Figueroa (KF-6646)
     Gabriel Herrmann (GH-2436)

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, NY 10166
Telephone: (212) 351-4000
Facsimile (212) 351-4035

Attorneys for Defendants
*Gibson, Dunn & Crutcher LLP*

TO: Leo V. Leyva
     COLE, SCHOTZ, MEISEL,
     FORMAN & LEONARD, P.A.
     A Professional Corporation
     900 Third Avenue, 16th Floor
     New York, NY 10022-4728

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Kenneth J. Figueroa, an attorney duly admitted to practice before the United States District Court for the Southern District of New York, hereby certify that on May 20, 2008, I caused to be served by hand true and correct copies of the Notice of Motion, Declaration of Janet M. Weiss dated May 20, 2008, with exhibits thereto, and Memorandum of Law in Support of defendant IAC/InterActiveCorp's Motion to Refer Action to Bankruptcy Court on the individual shown below:

        Leo V. Leyva
        COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
        900 Third Avenue
        16th Floor
        New York, New York 10022

        *Attorneys for Plaintiffs A&E Partners Holding, LLC and*
        *A&E Partners Holding I, LLC*

Dated: New York, New York
       May 20, 2008

                                                                   Kenneth J. Figueroa

100449620_1.DOC