USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- X
A&E PARTNERS HOLDING, LLC and A&E  :
PARTNERS HOLDING I, LLC,            :
                                    :
                    Plaintiffs,     :    08 Civ. 4734 (JGK)
     -against-                      :
                                    :
IAC/INTERACTIVE CORP. f/k/a USA     :
INTERACTIVE,                        :
                                    :
                    Defendant.      :
---------------------------------- X

## STIPULATION & ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties in this action, as follows:

1. Prior to removal of this action to this Court, the parties filed a stipulation with the Clerk of Court for the Supreme Court of the State of New York, County of New York, providing that the time for Defendant IAC/InterActiveCorp ("Defendant") to answer or otherwise respond to the Complaint in this action shall be extended to June 4, 2008. Plaintiffs A&E Partners Holding, LLC and A&E Partners Holding I, LLC ("Plaintiffs") continue to agree that the time for Defendant to answer or otherwise respond to the Complaint in this action shall be extended to June 4, 2008.

2. The parties continue to negotiate regarding a consolidated schedule for filing and briefing of Defendant's answer or other response to the Complaint, Defendant's pending Motion to Refer Action to Bankruptcy Court, and any motions to remand or abstain contemplated by Plaintiffs. Nothing in this Stipulation shall prejudice any party's rights to seek further relief from the Court concerning the time for filing and service of any answer or motion papers.

3. Nothing in this Stipulation shall be deemed or construed as an admission of the jurisdiction of this Court and/or of the United States Bankruptcy Court for the Southern District of New York over this action or the parties therein, and all rights with respect to same are hereby expressly reserved.

4. This stipulation may be executed in counterparts, and signature pages that have been faxed or transmitted electronically in PDF format shall be deemed originals.

Dated: New York, New York
May 27, 2008

GIBSON, DUNN & CRUTCHER LLP

By: _____
    Janet Weiss (JW-5460)
    Jennifer H. Rearden (JR-2552)

200 Park Avenue
New York, New York 10166-0193
Tel.: (212) 351-4000
Fax: (212) 351-4035

*Attorneys for Defendant IAC/InterActiveCorp*

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

By: _____
    Leo V. Leyva (LL/9061)

900 3rd Ave., 16th Floor
New York, New York 10022
Tel.: (212) 752-8000
Fax: (212) 752-8393

*Attorneys For Plaintiffs A&E Partners Holding, LLC and A&E Partners Holding I, LLC*

100452550_1.DOC

SO ORDERED.

_____
U.S.D.J.

5/29/08

2