```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

A&E PARTNERS HOLDING, LLC,

                          Plaintiff(s),                          08 civ 4734 (JGK)

              -against-                                          **ORDER**

IAC/INTERACTIVE CORP.,

                          Defendant(s),

-------------------------------------------------------------X

A motion to transfer case and refer this action to the Bankruptcy Court was filed on

May 23, 2008.

The plaintiff shall serve and file papers in response to the motion by **July 9, 2008.**

The defendant shall serve and file any reply papers by **July 23, 2008.**

The Court will contact the parties in the action shortly thereafter for oral argument.

SO ORDERED.

                                         _____
                                                 JOHN G. KOELTL
                                         UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       June 20, 2008