USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

A&E PARTNERS HOLDING, LLC and A&E
PARTNERS HOLDING I, LLC,

                    Plaintiffs,

   -against-

IAC/INTERACTIVE CORP. f/k/a USA
INTERACTIVE,

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

08 Civ. 4734 (JGK)

## STIPULATION & ORDER

WHEREAS, this action was removed by Defendant IAC/InterActiveCorp ("Defendant") from the Supreme Court of the State of New York, County of New York, to this Court on May 20, 2008; and

WHEREAS, the parties submitted a Stipulation and Proposed Order on May 27, 2008 acknowledging and reaffirming their agreement, by Stipulation filed prior to removal of this action in the Supreme Court of the State of New York, County of New York, that the time for Defendant to answer or otherwise respond to the Complaint in this action would be extended to June 4, 2008, and such Stipulation and Proposed Order was entered as an Order of the Court (Koeltl, J.) on May 30, 2008; and

WHEREAS, the parties submitted a second Stipulation and Proposed Order on June 3, 2008, further extending the time for Defendant to respond to the Complaint, extending the time for Plaintiffs A&E Partners Holding, LLC and A&E Partners Holding I, LLC ("Plaintiffs") to oppose Defendant's pending Motion to Refer Action to Bankruptcy Court, extending the time for Plaintiffs to file and serve their motion to remand this Action to the Supreme Court of the State

of New York, County of New York, and setting forth a schedule for briefing of any motions to refer, remand, or dismiss the Complaint; and

WHEREAS, the parties have conducted further negotiations concerning the scheduling of matters pending before this Court in the action, and the potential settlement of this action; now

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties in this action, as follows:

1. The time for Defendant to answer or otherwise respond to the Complaint in this action shall be extended to August 15, 2008.

2. The time for Plaintiffs to serve papers in opposition to any motion to dismiss the Complaint shall be extended to September 5, 2008.

3. The time for Defendant to serve any reply papers in support of any motion to dismiss the Complaint shall be extended to September 19, 2008.

4. The time for Plaintiffs to serve papers in opposition to Defendant's pending Motion to Refer Action to Bankruptcy Court shall be extended to August 15, 2008.

5. Plaintiffs shall file and serve their motion to remand this Action to the Supreme Court of the State of New York, County of New York, on or before August 15, 2008.

6. The time for Defendant to serve reply papers in support of its pending Motion to Refer Action to Bankruptcy Court, and the time for Defendant to serve papers in opposition to any motion to remand to the Supreme Court of the State of New York, County of New York filed by Plaintiffs, shall each be extended to September 5, 2008.

7. The time for Plaintiffs to serve reply papers in support of any motion to remand to the Supreme Court of the State of New York, County of New York shall be extended to September 19, 2008.

8. Nothing in this Stipulation shall prejudice any party's rights to seek further relief from the Court concerning the time for filing and service of any answer or motion papers.

9. Nothing in this Stipulation shall be deemed or construed as an admission of the jurisdiction of this Court and/or of the United States Bankruptcy Court for the Southern District of New York over this action or the parties therein, and all rights with respect to same are hereby expressly reserved.

10. This stipulation may be executed in counterparts, and signature pages that have been faxed or transmitted electronically in PDF format shall be deemed originals.

Dated: New York, New York
       June 24, 2008

GIBSON, DUNN & CRUTCHER LLP

By: _____
    Janet Weiss (JW-5460)
    Jennifer H. Rearden (JR-2552)

200 Park Avenue
New York, New York 10166-0193
Tel.: (212) 351-4000
Fax: (212) 351-4035

*Attorneys for Defendant IAC/InterActiveCorp*

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

By: _____
    Leo V. Leyva (LL-9061)

900 3rd Ave., 16th Floor
New York, New York 10022
Tel.: (212) 752-8000
Fax: (212) 752-8393

*Attorneys For Plaintiffs A&E Partners Holding, LLC and A&E Partners Holding I, LLC*

SO ORDERED

_____
John G. Koeltl
United States District Judge

Dated: New York, New York
       June 30, 2008

- 100468272_1.DOC