UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

A&E PARTNERS HOLDING, LLC, :
and A&E PARTNERS HOLDING I, LLC, :
              Plaintiffs, :   08-Civ-4734 (JGK)
 :
-against- :
 :   **NOTICE OF VOLUNTARY**
IAC/INTERACTIVE CORP. f/k/a USA :   **DISMISSAL OF ACTION PURSUANT TO**
INTERACTIVE, :   **FED. R. CIV. P. 41(a)(1)(A)**
 :
              Defendant. :
 :

---

**NOTICE IS HEREBY GIVEN** that Plaintiffs, A&E PARTNERS HOLDING, LLC and A&E PARTNERS HOLDING I, LLC, hereby dismiss the Complaint against Defendant, IAC/INTERACTIVE CORP. f/k/a/ USA INTERACTIVE, without prejudice.

        COLE, SCHOTZ, MEISEL,
        FORMAN & LEONARD, P.A.

        By: _[signature]_
        Leo V. Leyva (LL-9061)
        Attorneys for Plaintiffs, A&E Partners
        Holding, LLC and A&E Partners
        Holding I, LLC
        900 Third Avenue, 16th Floor
        New York, NY 10022-4728
        Tel:(212) 752-8000
        Fax: (212) 752-8393

_So Ordered._
_[signature]_
_JK_
_7/18/08_   U.S.D.J.

45519/0001-3110703v2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/2008